IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES BROADHEAD<br>AIS #224802,<br>    Plaintiff,<br><br>v.<br><br>GWENDOLYN GIVENS,<br>    Defendant. | )<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 13-00295-KD-M<br>)<br>)<br>) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 4) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 1, 2013, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the **5**th day of **August 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**